[No. 1873.   Decided February 26, 1896.]

THE STATE OF WASHINGTON, *on the Relation of R. H. Evans, Respondent,* v. WILLIAM WINDER, *Appellant.*

CONTEMPT OF COURT — REFUSAL TO DELIVER ASSETS TO RECEIVER.

Disobedience of an order requiring a party to pay over to a receiver funds in his possession alleged to belong to a partnership for which the receiver had been appointed, does not constitute contempt of court, where the court acted without jurisdiction in making the order.

Appeal from Superior Court, Chehalis County.— Hon. MASON IRWIN, Judge.   Reversed.

*Hogan & McGerry,* for appellant.
*J. C. Cross,* for respondent.

*Per Curiam.*—This appeal is taken from an order of the superior court of Chehalis county, adjudging the appellant guilty of contempt of court in wilfully disobeying an order of said court requiring him to pay over to a receiver certain funds alleged to have been within his possession belonging to the partnership for which the receiver had been appointed.

We have recently decided that the court acted with-

out jurisdiction in making the order appointing said receiver (*Larsen v. Winder, ante* p. 109); and upon the authority of *State, ex rel. Publishing Co., v. Milligan,* 3 Wash. 144 (28 Pac. 369), and *State, ex rel. Boardman, v. Ball,* 5 Wash. 387 (31 Pac. 975), the order appealed from will be reversed.